1  DANIEL P. CASHMAN
   *In Propria Persona*
2  P.O. Box 841
   Los Altos, CA 94023
3  Telephone: (650) 948-8733
   Facsimile: unknown
4

5  SEYFARTH SHAW LLP
   Lawrence E. Butler (SBN: 111043)
6  560 Mission Street, Suite 3100
   San Francisco, California 94105
7  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
8
   Attorneys for Defendant
9  METROPOLITAN LIFE INSURANCE COMPANY

10              UNITED STATES DISTRICT COURT

11        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  DANIEL P. CASHMAN                    )   Case No. C 05-00048 JSW ARB
                                         )
13            Plaintiff,                 )   STIPULATION AND ~~(PROPOSED)~~
                                         )   ORDER OF DISMISSAL WITH
14        v.                             )   PREJUDICE
                                         )
15  METROPOLITAN LIFE INSURANCE          )
    COMPANY, and DOES 1 through 50,      )
16  inclusive.                           )
                                         )
17            Defendant.                 )
                                         )
18

19        IT IS HEREBY STIPULATED by and between Plaintiff Daniel P. Cashman ("Plaintiff"),

20  and Defendant Metropolitan Life Insurance Company through their respective counsel of record

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

Stipulation and ~~(Proposed)~~ Order of Dismissal With Prejudice, Case No.: C05-00048 JSW ARB

1    that Plaintiff's entire Complaint and all causes of action are dismissed with prejudice, each party

2    to bear its own attorney's fees and costs.

3

4    Dated: _____

5

6

7

              Respectfully submitted,

              DANIEL P. CASHMAN

              By _____

              Daniel P. Cashman

              *In Propria Persona*

8

9

10

11

12    DATED: _____

13

14

15

16

              SEYFARTH SHAW LLP

              By _____

              Lawrence E. Butler

              Attorneys for Defendant

              METROPOLITAN LIFE INSURANCE

              COMPANY

17

18    **IT IS SO ORDERED.**

19    Dated:  January 10, 2006

20

21

              _____

              Jeffrey S. White

              United States District Court Judge

22

23    SF1 28225951 1 / 19200-000207

24

25

26

27

28

Stipulation and (Proposed) Order of Dismissal With Prejudice, Case No.: C 05-00048 JSW ARB